IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:    1:19-CR-00549 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | RESPONSE TO MOTION TO |
| | ) | CONTINUE |
| JOHN M. AMBROSE, | ) | |
| | ) | |
| Defendant. | ) | |

Now comes the Defendant, John M. Ambrose, by and through undersigned counsels,

Oscar E. Rodriguez and Ashley Jones, and hereby respectfully respond to Motion to

Continue pre-trial and trial dates.  The Defendant <u>DOES NOT</u> object to continuing both

dates.

Respectfully submitted,

/s/ Oscar E. Rodriguez
_____
OSCAR E. RODRIGUEZ (#0074038)
ASHLEY JONES (#0088268)
ATTORNEYS FOR DEFENDANT
1220 WEST SIXTH STREET, SUITE 303
CLEVELAND, OH 44113
TEL:    (216) 622-2936
FAX:    (216) 622-2714
E MAIL: o.rodriguezlaw@yahoo.com

**<u>CERTIFICATE OF SERVICE</u>**

A copy of the herein filed Response was served Assistant U.S. Attorney, 801 West

Superior Avenue, Suite 400 Cleveland Ohio 44113 on this 21st day of November, via hand

delivery/email.                                             /s/ Oscar E. Rodriguez


_____
OSCAR E. RODRIGUEZ
Attorney for Defendant